# **EXHIBIT 1**



**Investment & Merchant Banking**

**PERSONAL AND CONFIDENTIAL**

November 30, 2016

Mr. James Sheppard
Tillerman Seeds, LLC
c/o Harvey's Agricultural Services LLC
729 West Main Street
Carson City, MI 48811

Dear Jim:

Thank you for allowing our firm the opportunity to be of service to you. This engagement letter (the "Engagement"), confirms the terms and conditions of the engagement by Tillerman Seeds, LLC ("**Tillerman Seeds**" or "**Company**") of Tillerman & Co. ("**Tillerman**"), to provide professional advisory services.

**Services**

Based on our understanding that the Company's ownership and management are seeking a third party to assist with its efforts to identify, analyze and purchase the operations and/or assets of agricultural seed companies (the "Services"). Services will include:

- Assistance in the purchase of the assets of Legacy Seeds, Inc. in accordance with the Letter of Intent ("LOI") signed October 14, 2016:
    - Assist in the conduct of requisite due diligence,
    - Advise on any requisite changes to the LOI and/or definitive purchase agreement, resulting from due diligence,
    - Prepare the requisite documents and presentations to solicit debt and equity financing for the transaction,
    - Identify and solicit potential lenders and investors on the Company's behalf,
    - Advise on the terms and covenants relative to investor and lender proposals, and
    - Any other miscellaneous activities necessary to secure a successful transaction.

- Assistance in the identification and solicitation of additional acquisitions of the operations, assets, or capital stock of agricultural seed companies;
    - Manage the search for additional acquisition candidates,
    - Solicit acquisition candidates on the Company's behalf,



- Assist in the negotiation of any LOI's the Company decides to present to an acquisition candidate,
- Assist in the conduct of requisite due diligence,
- Advise on any requisite changes to the LOI and/or definitive purchase agreement as a result of due diligence,
- Prepare the requisite documents and presentations to solicit debt and equity financing for the transaction,
- Identify and solicit potential lenders and investors on the Company's behalf,
- Advise on the terms and covenants relative to investor and lender proposals, and
- Any other miscellaneous activities necessary to secure a successful transaction.

* Act as the Chief Financial Officer of the Company and coordinate interactions between the Company, its current banks and potential banks, and its current investors and potential future investors.
* Periodic reporting and review of the transaction status.

Tillerman shall consider all information furnished by the Company to be confidential and shall not disclose any such information to any other person, or use such information itself for any purpose other than performing this contract, unless Tillerman obtains written permission from the Company to do so. This paragraph shall apply to drawings, specifications, or other documents prepared by Tillerman in connection with the Services.

## Term

This Engagement may be terminated by either party at any time by written notice by one party to the other party; provided, however, that Tillerman shall be entitled to any unpaid fees and expenses earned under the terms of this Engagement as well as any economic interest(s) in Company or any other entities created by Company in association with any acquisitions during the period of this engagement. Said economic interests shall not be altered or amended without express written consent of Tillerman.

## Fees and Expenses

Tillerman will receive an ongoing monthly retainer, a success fee for each transaction, and a non-dilutive economic interest in each entity created as a result of the Services rendered in this engagement:
- Monthly Retainer shall be $8,500.00 payable on the thirtieth of each month beginning effective November 1, 2016,
- Success Fees will equate to 1.5% (one and one half percent) of the transaction value irrespective of financing structure and payable at transaction closing,



**Investment & Merchant Banking**

- Economic Interest shall be a carried interest in the Company equal to 5% (five percent) of the economic value of the Company with said Interests to be under the same terms and conditions as the carried interest awarded to Mr. Sheppard and McCrackin. Under no conditions will the economic interest require or imply any guarantees by the Tillerman or its principals relative to the Company or any liabilities incurred through or after any acquisitions.

**Additional Terms**

The terms and provisions set forth on **Attachment A** are incorporated herein and are a part of this Engagement.

Again, thank you for your interest. We look forward to working with you.

Best regards,

Remos Lenio
Managing Director

**Acceptance / Agreement**

If you are in agreement with the scope and terms as proposed, please indicate your understanding and acceptance by signing below and returning a copy to us. Upon receipt, we will contact you to coordinate our work.

ACCEPTED AND AGREED TO BY:

Jim Shepard
Tillerman Seeds, LLC

11/30/16
Date

3



## Attachment A

### Indemnification

Company agrees to indemnify, defend and hold Tillerman, its employees, consultants, agents, attorneys, officers, managers and members (the "Indemnified Party(s)"), harmless against any claims, losses, damages, actions or legal proceedings, inclusive of all related expenses, court costs and attorney fees, brought by any third party against Indemnified Party(s) arising out of or related to the provision of services by Indemnified Party(s) under this Agreement, except to the extent that such claim, loss, damage, action, legal proceeding, or expense results from, arises out of, or is on account of the sole negligence, willful misconduct, or a material breach of this Agreement, by an Indemnified Party.

### Proprietary Information

Company agrees that it has no right of ownership in and to any proprietary processes, methods, systems, models, software, codes, information or intellectual property provided by or developed by Tillerman in connection with its provision of services under this Agreement (collectively the "Proprietary Information"), and Company further agrees that without the prior written consent of Tillerman it shall not: (i) use Proprietary Information, or (ii) disclose Proprietary Information to any person or organization.

### Limitation of Damages

Neither Tillerman or its employees, consultants, agents, attorneys, members, managers or officers shall be liable for any indirect, consequential, incidental, special, punitive or exemplary damages, or for any loss of profits or revenue, regardless of whether Tillerman or its employees, consultants, agents, attorneys, members, managers or officers knew or should have known of the possibility of such damages, and in no event shall our total cumulative liability, including attorneys' fees under this agreement, exceed the fees paid to Tillerman under this Agreement.

### Disclaimer

TILLERMAN MAKES NO WARRANTY, EXPRESS, IMPLIED OR STATUTORY, WITH RESPECT TO THE SERVICES PROVIDED HEREUNDER INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF RELIABILITY, USEFULNESS, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT OF ANY PRODUCT PROVIDED BY TILLERMAN, OR THOSE SERVICES ARISING FROM A COURSE OF PERFORMANCE, DEALING, USAGE OR TRADE. By signing this Agreement, you acknowledge that Tillerman makes no guaranties with respect to outcomes, results, profitability, or efficiencies. In the consulting role noted in this Agreement, Tillerman and its team members are not acting as an officer of the Company. Tillerman's role is advisory and is not viewed to have authority and responsibilities consistent with an executive officer.

### Construction

This Engagement Letter shall be governed by and construed according to the laws of Michigan. The parties agree that all disputes shall be resolved exclusively by a Michigan Court, and the parties hereby submit to its jurisdiction.