# **EXHIBIT 2**

Investment & Merchant Banking

Search …

in (https://www.linkedin.com/company/tillerman-&-co-?trk=biz-companies-cym)

## Services

Tillerman & Co. is a boutique firm that specializes in working with closely held middle-market companies and family-owned businesses, primarily in the Midwest. Our typical transactions are between $3 million and $75 million, and we tend to focus on the industries we know best: manufacturing, distribution, agribusiness, energy, business services and consumer products. We have considerable experience advising and operating privately held and family-owned companies. Our principals have advised on hundreds of successful transactions. We have also done many of our own deals over the years as business owners, corporate executives and merchant bankers. Our services include:

- **M&A advisory** - We provide middle-market and small business buyers and sellers with a comprehensive range of services related to mergers, acquisitions, buyouts and other growth transactions. We provide research, strategy and expert counsel in all aspects of merger and acquisition transactions including:

  - M&A strategy
  - Valuation
  - Targeting buyers/sellers
  - Negotiating
  - Deal structure advisory
  - Transaction financing

- Due diligence
    - Closing process
    - Transaction communications
    - Post-merger support

- **Capital sourcing** - We help clients source capital for growth, recapitalization and transactions. Over the years, we've built solid relationships with regional banks, private equity funds, individual investors, VCs, broker-dealers and mezzanine investors that have funded transactions for our clients and our own ventures. We will work with you to find the right capital source and negotiate the right terms to fit the needs of your family-owned or middle-market business.

- **Merchant banking services** - Tillerman & Co. will selectively acquire companies when situations make sense to all parties involved in a transaction. We will consider transactions with value between $3 million and $75 million and a strong local presence in the community.

- **Transaction communications** - Once a transaction is finalized, we help clients explain "what it means" to key stakeholders: employees, customers, suppliers, investors, community leaders and the media.

- **Valuations** - Our transaction experience makes us a logical choice for helping companies, boards of directors, lenders and others understand how your company would be valued in the current market.

*For more information about our services, contact us (/contact-us) or download a 2-page summary of our services and team. (PDF) (/images/Tillerman_Exec_Summary.pdf)*

59 Baynton NE, Grand Rapids, MI 49503 | (616) 443-8346 |
Contact Us (/contact-us)