# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

Tillerman Seeds, LLC, et al.,

        Plaintiffs,

   v.

Tillerman & Co., LLC, et al.,

        Defendants.

_____/

Case No. 19-cv-00529-RJJ-RSK

Hon. Chief Judge Robert J. Jonker

## STIPULATION AND [PROPOSED] ORDER
## REGARDING TIME TO RESPOND TO COMPLAINT

Plaintiffs Tillerman Seeds, LLC, Legacy Seeds, LLC, and D.F. Seeds, LLC (collectively, "Plaintiffs") and Defendants Tillerman & Co., LLC, Remos Lenio, and Philip Blanchard (collectively, "Defendants"), by their counsel, stipulate and agree that Defendants shall have until Monday, August 26, 2019, to answer or otherwise respond to Plaintiffs' Complaint.

IT IS SO STIPULATED this 1st day of August, 2019.

/s/ Gabriel E. Bedoya
Gabriel E. Bedoya (P80839)
HONIGMAN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226
(313) 465-7254
gbedoya@honigman.com

*Attorney for Defendants*

31748068.1

2

/s/ Kerry L. Bundy (with permission)
Kerry Lou Bundy
Faegre Baker Daniels LLP
2200 Wells Fargo Ctr.
90 S Seventh St.
Minneapolis, MN 55402
(612) 766-8217
Kerry.Bundy@faegreBD.com

*Attorney for Plaintiffs*

IT IS SO ORDERED this _____ day of _____, 2019.

_____
Hon. Robert J. Jonker
United States District Judge