## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| TILLERMAN SEEDS, LLC, et al., | Case No. 19-cv-529 |
| Plaintiffs, | HON. ROBERT J. JONKER |
| vs. | |
| TILLERMAN & CO., LLC, et al., | |
| Defendants, | |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants (the "Parties"), by their respective counsel of record, hereby stipulate and agree as follows:

1. The Parties have participated successfully in voluntary facilitative mediation with mediator Lee Silver through the Court's VFM Program, and executed a written settlement agreement that will not be filed with the Court;

2. Pursuant to the settlement agreement and its terms, this action may be dismissed at this time with prejudice and without attorneys' fees or costs to any party.

IT IS SO STIPULATED AND AGREED.

Dated: April 22, 2021                    Respectfully submitted,

By:   */s/ Nathaniel Zylstra*
Michael F. Cockson
Nathaniel Zylstra
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

and

      David W. Centner (P43071)
      Clark Hill PLC
      200 Ottawa Ave. NW, Suite 500
      Grand Rapids, MI 49503
      (616) 608-1100

      *Attorneys for Plaintiffs*


By: */s/ Nick Gorga*
  Nick Gorga (P72297)
  Gabriel E. Bedoya (P80839)
  Shirin S. Goyal (P82528)
  Shannon Duggan (P83211)
  Honigman LLP
  2290 First National Building
  660 Woodward Avenue
  Detroit, MI 48226-3506
  (313) 465-7000

  *Attorneys for Defendants*

2

**ORDER**

**IT IS ORDERED** that, pursuant to the stipulation of the Parties, this case is hereby dismissed with prejudice and without attorneys' fees or costs to any party.

**IT IS SO ORDERED.**

Dated: April 22, 2021

/s/ Robert J. Jonker
Hon. Robert J. Jonker
United States District Judge